


1

CR 11-516
USA v. Michael Ashley

Mr. Steve Guttman,

Mr. Guttman, my name is Janet Ashley. I am Michael Ashley's mother. I know that he is due to be sentenced shortly.

I have written a letter to the judge to share my thoughts about my son. There is a copy here for your review. I am writing you to beg you to please consider the state of my well-being when you recommend a sentence for Michael. I lost my husband of 53 years just 2 years ago. Now in February I was diagnosed with stage 3-4 cancer. I am currently undergoing chemotherapy treatment and based upon the success of these treatments I will be undergoing a "Major Surgery" on my abdomen in mid June. Once complete I'll need another 12 weeks of chemotherapy and then there is a 6 month recovery. I've already been rushed to the hospital 3 times and the last time I had to stay 10 days because of my low immune system — I caught a flu, lost my hair & I'm weak & nauseous regularly.

Mr. Guttman, Please Sir, I want to live. If Michael is incarcerated I'm terrified for my future. He is the patriarch of our family. I rely on him for my financial support and he is the one constant in my life. I love my daughter but in her own words she cannot do this without Michael. You are welcome to call her, Lisa. Once again, I beg you to take my circumstances into consideration when recommending a sentence for Michael. You can call me, or I can meet with you if you want to talk. My cell phone number is.

Thank you for your consideration,

Janet Ashley